**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-2967**

_____

ROBERT JOSEPH AMMIRATI; ROSEANN MARIE AMMIRATI,

Plaintiffs - Appellees,

versus

NELLIE MAE INCORPORATED; THE EDUCATIONAL RE-
SOURCE INSTITUTE,

Defendants - Appellants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CA-95-337-4-22, BK-94-72609)

_____

Submitted:  April 9, 1996          Decided:  May 10, 1996

_____

Before MURNAGHAN and WILKINS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John Robert Lester, THE LESTER LAW FIRM, Columbia, South Carolina,
for Appellants.  Robert Joseph Ammirati, Roseann Marie Ammirati,
Appellees Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order affirming the bankruptcy court's order that a portion of the education loans owed by Robert Ammirati is dischargeable in bankruptcy. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ammirati v. Nellie Mae Inc., Nos. CA-95-337-4-22; BK-94-72609 (D.S.C. Oct. 11, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED